### Jeremiah FLOYD, Movant,

v.

### STATE of Missouri, Respondent.

No. 74027.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 27, 1998.

Mark A. Grothoff, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kenneth P. Ferguson, Asst. Atty. Gen., Jefferson City, for respondent.

Before MARY K. HOFF, P.J. and GARY M. GAERTNER and RHODES RUSSELL, JJ.

#### ORDER

PER CURIAM.

Jeremiah Floyd (Movant) appeals from the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. Movant argues the trial court erred in denying him relief under Rule 29.15, without an evidentiary hearing, because his trial counsel failed to: (1) call a witness which would have provided testimony impeaching the victim's testimony; and (2) conduct a thorough investigation of the case.